# UNITED STATES DISTRICT COURT
## District of Kansas
(Kansas City Docket)

UNITED STATES OF AMERICA,

**Plaintiff,**

**v.**                                                    CASE NO.   21-20050-JAR/JPO

GARY AUSTIN,

**Defendant.**

# INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

### THEFT OF MAIL
### BY POSTAL EMPLOYEE
### 18 U.S.C. § 1709

On or about July 7, 2020, in the District of Kansas, the defendant,

**GARY AUSTIN,**

being an employee of the United States Postal Service did steal and remove from the

mail, which came into his possession, and was intended to be conveyed by mail,

articles and things contained therein, to wit: a Target gift card. This was in violation of

Title 18, United States Code, Section 1709.


A TRUE BILL.


September 22, 2021          s/Foreperson
DATE                        FOREPERSON OF THE GRAND JURY


DUSTON J. SLINKARD
ACTING UNITED STATES ATTORNEY

By: /s/Jabari B. Wamble
JABARI B. WAMBLE
Assistant United States Attorney
District of Kansas
500 State Avenue, Suite 360
Kansas City, Kansas  66101
Ph: (913) 551-6730
Fax: (913) 551-6541
Email: Jabari.Wamble@usdoj.gov
Ks. S. Ct. No. 22730


IT IS REQUESTED THAT THE TRIAL BE HELD IN KANSAS CITY, KANSAS

## **PENALTIES**

## Count 1

- Punishable by a term of imprisonment of not more than five (5) years.

- A term of supervised release of not more than three (3) years.

- A fine not to exceed $250,000.

- A mandatory special assessment of $100.